# Court of Appeals
# of the State of Georgia

ATLANTA,  February 09, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0334. DANNY RAY DUNN v. LOOKOUT MOUNTAIN JUDICIAL CIRCUIT.

On February 2, 2026, Danny Ray Dunn filed this application for discretionary appeal of the trial court's January 30, 2026 final order dismissing a pro se civil action he filed as a "Petition for Declaratory Judgment and Injunctive Order" against the Lookout Mountain Judicial Circuit.

Under OCGA § 5-6-34(a)(1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." It does not appear that any provision of OCGA § 5-6-35, the discretionary appeal statute, applies here. Rather, it appears that the trial court's dismissal of Dunn's action may be appealed directly.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35(j). Accordingly, this application is hereby GRANTED. Dunn shall have ten days from the date of this order to file a notice of appeal with the trial court if he has not already done so.

The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*  02/09/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*